CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Rosas-Tecomihua**<br>YOB: 1984; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-06031MJ |

Complaint for violation of Title 8, United States Code Section 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about May 08, 2020, at or near Tucson, Arizona, in District of Arizona, **Francisco Rosas-Tecomihua**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Naco, Arizona, on August 12, 2006, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Francisco Rosas-Tecomihua** is a citizen of Mexico. On August 12, 2006, **Francisco Rosas-Tecomihua** was lawfully denied admission, excluded, deported and removed from the United States through Naco, Arizona. On May 08, 2020, agents found **Francisco Rosas-Tecomihua** in the United States, at or near Tucson, Arizona, without the proper immigration documents. **Francisco Rosas-Tecomihua** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>LMG2<br>AUTHORIZED AUSA /s/Liza Granoff<br><br>  Sworn to telephonically. | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Deportation Officer |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Lynnette C. Kimmins* | DATE<br>September 01, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54